# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN THE MATTER OF: RESUMPTION OF : No. 192 MM 2018
USE OF INDICTING GRAND JURIES IN :
LEHIGH COUNTY :
:
:
:
PETITION OF: HON. MARIA L. DANTOS, :
LEHIGH COUNTY COURT OF COMMON :
PLEAS JUDGE :

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of January, 2019, the Application to Seal and the Petition to Resume Use of Indicting Grand Jury are GRANTED.